# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY LYDELL KIRKPATRICK, SR.<br><br>　　vs.　　　　　　　　　Plaintiff,<br><br>GUILLERMO GIRON,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 09cv2020 JM(BLM)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION RE: GRANTING DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO EXHAUST |

On May 15, 2010, Magistrate Judge Barbara L. Major entered a Report and Recommendation Re: Granting Defendant's Motion to Dismiss for Failure to Exhaust Administrative Remedies ("R & R"). The R & R, expressly incorporated herein, thoroughly and thoughtfully analyzed Plaintiff's failure to exhaust available administrative remedies as required by the PLRA, 42 U.S.C. §1997e(a). Plaintiff has not filed any objections to the R & R. For the reasons set forth in the R & R, the court adopts the R & R in its entirety and dismisses the complaint. The Clerk of Court is instructed to close the file.

**IT IS SO ORDERED.**

DATED: June 21, 2010

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　　All parties